**Order filed January 3, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00315-CR
_____

**JOHN ANTHONY  VELA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1444432**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 2, a map and State's Exhibit 65, a chart.**

The clerk of the 209th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 2, a map and State's Exhibit 65, a chart, on or before **January 10, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 2, a map and State's Exhibit 65, a chart, to the clerk of the 209th District Court.


PER CURIAM